IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


JUNE FORD                                                    PLAINTIFF


vs.                  Civil Case No. 3:05CV00284 HLJ


MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                               DEFENDANT


ORDER

     Pursuant to the mandate in Ford v. Astrue, 518 F.3d 979 (8th Cir. 2008), this case is hereby remanded to the Commissioner for reconsideration of Plaintiff's application in accordance with the Eighth Circuit's opinion in that case.

     SO ORDERED this 6th day of May, 2008.



                                    _Henry L. Jones, Jr._____
                                    United States Magistrate Judge